# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HEATHER WEIGHTMAN, | Civil Action No. 09-929 |
| Plaintiff, | |
| v. | Honorable Gary L. Lancaster |
| BANK OF NEW YORK MELLON CORPORATION | |
| Defendant. | |

## STIPULATION FOR DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties by their undersigned counsel stipulate that the above-captioned action is hereby dismissed with prejudice.

| | |
|---|---|
| /s/ *James W. Carroll, Jr.* | /s/ *Jacqueline A. Koscelnik* |
| James W. Carroll, Jr. | David J. Berardinelli |
| Pa. I.D. No. 21830 | Pa. I.D. No. 79204 |
| Rothman Gordon, P.C. | Jacqueline A. Koscelnik |
| 310 Grant Street | Pa. I.D. No. 59971 |
| Third Floor, Grant Building | DeForest Koscelnik Yokitis Kaplan & Berardinelli |
| Pittsburgh, PA 15219 | 3000 Koppers Building |
| (412) 338-1117 | Pittsburgh, PA 15219 |
| (412) 246-1717 (fax) | (412) 227-3100 |
| | (412) 227-3130 (fax) |
| Counsel for Plaintiff | |
| | Counsel for Defendant |

SO ORDERED, this 22 day of March, 2011.

Hon. Gary L. Lancaster, Chief U.S. District Judge